IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: ) Case No. 21-02510
) Chapter 7
Raven Renee Secondine ) Judge Randal S Mashburn
XXX-XX-2868 )
)

Debtor

### NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT

I, Raven Renee Secondine, hereby rescind the reaffirmation agreement with Carvana LLC signed by me on August 27, 2021, and filed with the court on September 1, 2021 (docket entry 12).

X _____
Raven Renee Secondine
DATE Oct. 28, 2021